FORM 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KUKDO CHEMICAL CO., LTD.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** )<br>) | **SUMMONS**  Court No. 25-00146 |

**TO:**   The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ **Mario Toscano**
Clerk of the Court

___

1. Kukdo Chemical Co., Ltd. ("Kukdo") participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination.  Kukdo was an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Accordingly, Kukdo has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of Commerce's final determination in the countervailing duty investigation on Certain Epoxy Resins from the Republic of Korea.  *See Certain Epoxy Resins from the Republic of Korea: Final Affirmative Countervailing Duty Determination and Final Negative Critical Circumstances Determination*, 90 Fed. Reg. 14,605 (Dept. Comm., Apr. 3, 2025) ("*Final Determination*"); *Certain Epoxy Resins from Taiwan: Amended Final Countervailing Duty Determination; Certain Epoxy Resins from the Republic of Korea and Taiwan: Countervailing Duty Orders*, 90 Fed. Reg. 22,235 (Dept. Comm., May 27, 2025) ("*Countervailing Duty Order*").

   This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the *Countervailing Duty Order*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).
   (Brief description of contested determination)

3. Commerce issued its *Final Determination* on April 3, 2025.
   (Date of determination)

4. Commerce published its *Countervailing Duty Order* on May 27, 2025.
   (If applicable, date of publication in Federal Register of notice of contested determination)

        Respectfully submitted by:

        J. David Park
        Henry D. Almond
        Kang Woo Lee
        Archana Rao Vasa

        *Counsel to Kukdo Chemical Co., Ltd.*
        *Plaintiff*

        Eric Johnson

        *Consultants to Kukdo Chemical Co., Ltd.*

        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave. NW
        Washington, D.C. 20001
        Phone: (202) 942-5646
        Fax: (202) 942-5999
        E-mail: david.park@apks.com

/s/ J. David Park
Signature of Plaintiff's Attorney

June 26, 2025
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

**CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, J. David Park, hereby certify that on June 26, 2025, I caused the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**On Behalf of U.S. Epoxy Resin Producers Ad Hoc Coalition:**
Stephen Orava, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
sorava@kslaw.com

**On Behalf of Kumho P&B Chemicals:**
Brady Mills, Esq.
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
bmills@mmmlaw.com

**On Behalf of the Embassy of the Republic of Korea:**
Seokjoong Woo
2450 Massachusetts Avenue, NW
Washington, DC 20008
sjwoo22@mofa.go.kr

**On Behalf of the Government of the Republic of Korea ("GOK"):**
Hyunsoo Joo
Lee & Ko
Hanjin Building 63 Namdaemun-ro, Jung-gu
Seoul 04532, Korea
hyunsoo.joo@leeko.com

**On Behalf of The Sherwin-Williams Company:**
Andrew T. Schutz
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005
aschutz@gdlsk.com

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP

## CERTIFICATE OF SERVICE

I, J. David Park, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on June 26, 2025, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 by to be served by certified mail, return receipt requested:

**Upon the United States:**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the Department of Commerce:**
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitutional Ave., NW
Washington DC 20230

/s/ J. David Park
J. David Park
Arnold & Porter Kaye Scholer LLP